AO 241
(Rev. 01/15)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Judge Smith
MAGISTRATE JUDGE VASCUR/

| **United States District Court** | District |
|---|---|
| Name (under which you were convicted): Logan Murphy | Docket or Case No. 2 18 C V 0 6 3 8 |
| Place of Confinement Ma.C.I. Madison Correctional | Prisoner No. 711-906 |
| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |

The Attorney General of the State of: Ohio

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging _____

_____

   (b) Criminal docket or case number (if you know) _____

2. (a) Date of the judgment of conviction (if you know) _____

   (b) Date of sentence _____

3. Length of sentence 30 years to life _____

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case  Aggrevated Murder _____

   _____

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty            ☒ (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   _____

   _____

   (c) If you went to trial, what kind of trial did you have? (Check one)

   ☒ Jury        ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒        No ☐

(1)

AO 241
(Rev. 01/13)

9. If you did appeal, answer the following:

   **(a)** Name of court _Ross County court of Appeals_

   **(b)** Docket or case number (if you know) _____

   **(c)** Result _Denied_

   **(d)** Date of result (if you know) _____

   **(e)** Citation to the case (if you know) _____

   **(f)** Grounds raised _____

   **(g)** Did you seek further review by a higher state court?   Yes ☒   No ☐

      If yes, answer the following:

      (1) Name of court _Ohio Supreme court_

      (2) Docket or case number (if you know) _____

      (3) Result _Denied_

      (4) Date of result (if you know) _____

      (5) Citation to the case (if you know) _____

      (6) Grounds raised _____

   **(h)** Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

      If yes, answer the following:

      (1) Docket or case number (if you know) _____

      (2) Result _____

      (3) Date of result (if you know) _____

      (4) Citation to the case (if you know) _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   Yes ☐   No ☒

AO 241
(Rev. 01/15)

11.   If your answer to Question 10 was "Yes," give the following information:

   (a)   (1)   Name of court _____

         (2)   Docket or case number (if you know) _____

         (3)   Date of filing (if you know) _____

         (4)   Nature of the proceeding _____

         (5)   Grounds raised _____

               _____

               _____

               _____

         (6)   Did you receive a hearing where evidence was given on your petition, application or motion?
               Yes ☐   No ☐

         (7)   Result _____

               _____

         (8)   Date of result (if you know) _____

   (b)   If you filed any second petition, application, or motion, give the same information:

         (1)   Name of court _____

         (2)   Docket or case number (if you know) _____

         (3)   Date of filing (if you know) _____

         (4)   Nature of the proceeding _____

         (5)   Grounds raised _____

               _____

               _____

               _____

         (6)   Did you receive a hearing where evidence was given on your petition, application, or motion?
               Yes ☐        No ☐

         (7)   Result _____

               _____

         (8)   Date of result (if you know) _____

(3)

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court _____

    (2) Docket or case number (if you know) _____

    (3) Date of filing (if you know) _____

    (4) Nature of the proceeding _____

    (5) Grounds raised _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐        No ☐

    (7) Result _____

    _____

    _____

    (8) Date of result (if you know) _____

    _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition    Yes ☐    No ☐

    (2) Second petition    Yes ☐    No ☐

    (3) Third petition    Yes ☐    No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not _____

    _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)

My Lawyer failed to qualify my treating psycholgist as an expert witness the Crim. 16 K
She was not aloud to answer alot of questions.
if you look at her notes on December 24th I was going through a psychotic episode for weeks later

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ☐

coffee

(2) If your answer to Question (d)(1) is "Yes", state:

Type of motion or petition _Appeal_

Name and location of the court where the motion or petition was filed: _____

Ross County

Docket or case number (if you know)_____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

_____

(3) Did you receive a hearing on your motion or petition? Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition? Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐

AO 241
(Rev. 01/15)

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed _____

_____

Docket or case number (if you know) _____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue _____

_____

(e) **Other Remedies** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One _____

_____

_____

_____

**GROUND TWO:**

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)

during the "Vore Dier" she failed to Keep some
essential people                          coffee

(b)    If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes", state:

Type of motion or petition _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know)_____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

(3) Did you receive a hearing on your motion or petition?                                      Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?                              Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed _____

_____

Docket or case number (if you know) _____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue _____

_____

(e) **Other Remedies** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two _____

_____

_____

_____

AO 241
(Rev. 01/15)

**GROUND THREE:**

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.)

When she question Doctor spiker (I can't pronounce her last name) she didn't ask her any real question

(b)   If you did not exhaust your state remedies on Ground Three,  explain why: _____

(c)   **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?   Yes ☐   No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: _____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☐

(2) If your answer to Question (d)(1) is "Yes", state:

Type of motion or petition _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know) _____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

(3)  Did you receive a hearing on your motion or petition?                             Yes ☐   No ☐

(4)  Did you appeal from the denial of your motion or petition?                     Yes ☐   No ☐

(5)  If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   Yes ☐   No ☐

(6)  If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed _____

(8)

AO 241
(Rev. 01/15)



Docket or case number (if you know) _____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue _____

_____

(e) **Other Remedies** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground Three _____

_____

_____

_____

## GROUND FOUR:

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.)

_____

_____

_____

_____

(b)   If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   Yes ☐   No ☐

(2) If you did _not_ raise this issue in your direct appeal, explain why: _____

_____

AO 241
(Rev. 01/15)

**(d)**     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☐

(2) If your answer to Question (d)(1) is "Yes", state:

Type of motion or petition _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know)_____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

_____

(3) Did you receive a hearing on your motion or petition?        Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?      Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed _____

_____

Docket or case number (if you know) _____

Date of the court's decision _____

Result (attach a copy of the court's opinion or order, if available) _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue _____

_____

**(e)**   **Other Remedies** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground Four _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

Yes ☒  No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

16. Give the name and address, if know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing  Lori J Rankin  chillocothe Ohio _____

_____

(b) At arraignment and plea _____

_____

AO 241
(Rev 01/15)

(c) At trial ___Lori J Rankin_____

_____

(d) At sentencing _____

_____

(e) On appeal ___Katherine Ross-Kinzie  250 East Broad___
___Street Columbus ohio 43215_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will service in the future _____

_____

(b) Give the date the other sentence was imposed _____

(c) Give the length of the other sentence _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?

Yes ☐   No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Execute (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.