# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

LOGAN MURPHY,

    Petitioner,

v.

WARDEN, MADISON CORRECTIONAL INSTITUTION,

    Respondent.

Case No. 2:18-cv-638
Judge George C. Smith
Magistrate Judge Vascura

## OPINION AND ORDER

On July 10, 2018, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. (ECF No. 3). Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 3) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

        **IT IS SO ORDERED**.

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**